[No. 31377-4-II.   Division Two.   September 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE JACK LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05523-2, Thomas Felnagle, J., entered February 6, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 31414-2-II.   Division Two.   September 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MARSHALL NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01157-8, D. Gary Steiner, J., entered February 13, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 31813-0-II.   Division Two.   September 27, 2005.]

ROBERT M. HOUGH, *Appellant*, v. FRANK W. STOCKBRIDGE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-10153-1, Thomas Felnagle, Frank Cuthbertson and Kathryn J. Nelson, JJ., entered May 28, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 31833-4-II.   Division Two.   September 27, 2005.]

WALTER PATRICK, *Appellant*, v. THE SOCIETY FOR CREATIVE ANACHRONISM, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-02240-9, John P. Wulle, J., entered May 28, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.